UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENG YANG,<br><br>       Plaintiff<br><br>       vs<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant | **NEW CASE NO.   1:08-cv-00084 GSA**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:08-cv-00084 LJO GSA |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge GARY S. AUSTIN as Presiding Judge of the above entitled action. Plaintiffs filed their consent on May 9, 2008 and Defendants filed their consent on October 28, 2008 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

1:08-cv-00084-GSA

IT IS SO ORDERED.

**Dated:    October 29, 2008**             /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE