IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENG YANG, ) | 1:08cv00084 LJO GSA |
| ) | |
| ) | ORDER DISCHARGING |
| ) | ORDER TO SHOW CAUSE |
| Plaintiff, ) | (Document 10) |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |

On January 15, 2008, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. A proof of service filed on May 9, 2008, indicated that Defendant had been served with the complaint by certified mail on May 8, 2008. On October 14, 2008, the Court issued an order to show cause why the action should not be dismissed for Defendant's failure to file the administrative record in accordance with the Scheduling Order in this matter.

On October 20, 2008, Plaintiff filed an additional proof of service indicating that Defendant was served with the complaint by certified mail on October 20, 2008. Based on the October 2008 service of the complaint, the order to show cause is hereby DISCHARGED.

IT IS SO ORDERED.

Dated: __October 30, 2008__             __/s/ Gary S. Austin__
                                         UNITED STATES MAGISTRATE JUDGE

1