UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SENG YANG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:08-cv-00084-GSA <br><br> ORDER |

Pursuant to the stipulation of the parties filed on March 23, 2009, Plaintiff is GRANTED a thirty (30) day extension of time, up to and including April 22, 2009, within which to serve the opening brief.

IT IS SO ORDERED.

Dated: __March 23, 2009__     _____/s/ Gary S. Austin_____
                              UNITED STATES MAGISTRATE JUDGE