UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SENG YANG, <br> Plaintiff, <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, <br> Defendant. | Case No. 1:08-cv-00084-GSA <br><br> ORDER <br><br> (Docs Nos. 17 & 18) |

This Court's Order of March 24, 2009, is VACATED.

Pursuant to the stipulation of the parties filed on March 23, 2009, Plaintiff is GRANTED a thirty (30) day extension of time, up to and including April 22, 2009, within which to serve the confidential letter brief. The parties are cautioned that further requests for extensions of time in this matter, where the complaint was filed January 15, 2008, will be viewed with disfavor.

IT IS SO ORDERED.

Dated: **April 2, 2009**        /s/ **Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE