LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SENG YANG, | CIVIL NO. 1:08-CV-00084-GSA |
|     Plaintiff, | |
|     v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 38 days, up to and including July 5, 2009, to respond to Plaintiff's confidential letter brief. The undersigned Special Assistant United States Attorney did not properly calendar her response to Plaintiff's letter brief, which was received on April 23, 2009. This error was due, in part, to an unusually heavy work load occasioned by staffing shortages in the Commissioner's regional office. In the months of April and June, 2009, 4 attorneys have departed for other jobs or have been transferred to positions that do not include briefing and another has gone on unexpected and indefinite medical leave. All of the cases assigned to these attorneys have been reassigned, sometimes with little notice, and this has resulted in some confusion regarding assignments.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, i.e., Plaintiff shall have 30 days from receipt of the Commissioner's response to the confidential letter brief.

Respectfully submitted,

Dated: July 5, 2009

/s/ *Sengthiene Bosavanh*
(As authorized via telephone)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: July 5, 2009

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Plaintiff's opening brief shall be filed no later than August 7, 2009.  All remaining actions under the Scheduling Order issued on January 16, 2008, shall proceed under the time limit guidelines set therein.

IT IS SO ORDERED.

Dated:   **July 6, 2009**                    **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE