1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8934
      Facsimile:  (415) 744-0134
7     E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9             UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                    **FRESNO DIVISION**

12 SENG YANG,                          )
13         Plaintiff,                  )     CIVIL NO. 1:08-cv-84 GSA
                                       )
14             v.                      )     **MOTION FOR EXTENSION OF TIME**
                                       )     **AND PROPOSED ORDER**
15 MICHAEL J. ASTRUE,                  )
16 Commissioner of                     )
   Social Security,                    )
17                                     )
           Defendant.                  )
18 _____     )

19
      Defendant, through his attorney undersigned, moves this Court for an Order granting Defendant
20
   until September 30, 2009 within which to file his response to Plaintiff's Opening Brief (the responsive
21
   brief is due on September 9, 2009).  This Order is sought on the grounds that the undersigned was
22
   reassigned this case only last week and requires additional time to response to Plaintiff's arguments.
23
      On September 9, 2009, the undersigned emailed Plaintiff's attorney informing her of this request.
24
   Plaintiff's attorney responded that she had no objection.
25
   ///
26
27
28

Respectfully submitted,

Dated: September 9, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Defendant's request for an extension of time is GRANTED. The Opposition to Plaintiff's Opening Brief shall be filed no later than September 30, 2009. Any Reply to the Opposition shall be filed within fifteen days of the Opposition.

IT IS SO ORDERED.

Dated:   **September 11, 2009**             /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE